UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GENEVIEVE L. CASTILLO,
and RICHARD CASTILLO,

       Plaintiffs,

v.                                                                     Case No. 18-cv-169-pp

PROFESSIONAL PLACEMENT SERVICES LLC,

       Defendant.

---

**ORDER APPROVING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. NO. 17) AND DISMISSING CASE**

---

On June 18, 2018, the parties filed an agreed stipulation of dismissal with prejudice. Dkt. No. 17. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice. Each party shall bear its own costs and attorney fees.

Dated in Milwaukee, Wisconsin this 19th day of June, 2018.

                                                         **BY THE COURT:**

                                                         **HON. PAMELA PEPPER**
                                                         **United States District Judge**